UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFENET, INC.

Plaintiff,

-v-

L-3 COMMUNICATIONS CORP.

Defendant.

Case No. 08cv6732 (LAK)(KNF)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SafeNet, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** 7/28/08

**Signature of Attorney**

**Attorney Bar Code:** GG2857