AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

SAFENET, INC.

    Plaintiff

-against-

L-3 COMMUNICATIONS CORPORATION

    Defendant.

**APPEARANCE**

Case Number: 08-CV-6732 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant

I certify that I am admitted to practice in this court.

| 8/12/2008 | [signature] |
|---|---|
| Date | Signature |
| | Kenneth L. Bressler — KB 3389 |
| | Print Name / Bar Number |
| | The Chrysler Building, 405 Lexington Avenue |
| | Address |
| | New York / NY / 10174-0208 |
| | City / State / Zip Code |
| | (212) 885-5000 / (212) 885-5001 |
| | Phone Number / Fax Number |