USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAFENET, INC.

      Plaintiff

 - against -

L-3 COMMUNICATIONS CORPORATION

      Defendant.
-------------------------------------------------------------X

Case No. 08-CV-6732 (LAK)

ECF CASE

**STIPULATION**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties that (i) Defendant was properly served with process on July 31, 2008; and (ii) Defendant's deadline to answer or move against the Complaint in this action shall be adjourned from August 20, 2008 to September 19, 2008.

Dated: New York, New York
   August 12, 2008

**VENABLE LLP**
*Attorneys for Plaintiff SafeNet, Inc.*

By: _____
 Greg Gilliam, Esq. (GG-2857)
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Phone: (212) 307-5500
Facsimile: (212) 307-5598

**BLANK ROME LLP**
*Attorneys for Defendant L-3 Communications Corporation*

By: _____
 Jeremy L. Reiss, Esq. (JR-2731)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Phone: (212) 885-5000
Facsimile: (212) 885-5001

SO ORDERED:

_____
   U.S.D.J.

→ Part I

116274.00612/6660948v.1